THE BAY PARKWAY NATIONAL BANK OF BROOKLYN IN NEW YORK, Appellant, *v.* ISHAIA SHALOM, Respondent.

(Submitted April 13, 1936; decided April 21, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 172.)

M. BEATRICE DONOVAN, Respondent, *v.* THE AEOLIAN COMPANY, Appellant.

(Submitted April 13, 1936; decided April 21, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 267.)

SEECK & KADE, INC., Appellant, *v.* R. TOMSHINSKY, Individually and Trading as WEBSTER CUT RATE DRUG STORES, et al., Respondents.

(Submitted April 13, 1936; decided April 21, 1936.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 613.)

THE NATIONAL CITY BANK OF NEW YORK et al., Appellants and Respondents, *v.* CHARLES D. WAGGONER et al., Defendants, and CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent and Appellant.

(Submitted April 13, 1936; decided April 21, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 592.)